CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENY DE LA CRUZ, | Case No.: CV-12-3825 JSC |
| PLAINTIFF, | REQUEST AND [~~PROPOSED~~] ORDER TO ALLOW DEFENDANTS TO APPEAR TELEPHONICALLY TO THE NOVEMBER 8, 2012 CASE MANAGEMENT CONFERENCE |
| vs. | |
| AVATAR GROUP) INC., a California Corporation, AVATAR HOLDINGS, INC., a California Corporation, KALA UBHI, an individual, ASHOK KUMAR, an individual, SARU SAINI, an individual and DOES 1 through 20 inclusive, | DATE: November 8, 2012 |
| | TIME: 1:30 PM |
| | DEPT.: Courtroom F (San Francisco) |
| DEFENDANTS. | JUDGE: Hon. Jacqueline Scott Corley |

DEFENDANTS, through their counsel, CHARLES A. BONNER, ESQ. and A. CABRAL BONNER ESQ. hereby request an order to allow them to appear telephonically to the November 8, 2012 case management conference.  This request incorporates, as though fully set forth herein, the Declaration of A. Cabral Bonner in support of order allowing a telephonic appearance.

Good cause is present given the Bonner Law Offices' multiple calendar conflicts and their diligent efforts to find an attorney to provide assistance.

Dated: November 5, 2012      **RESPECTFULLY SUBMITTED**
                             **LAW OFFICES OF BONNER & BONNER**

                             By: */s/ A. Cabral Bonner*
                             A.CABRAL BONNER,
                             Attorney for Defendants

[~~PROPOSED~~] ORDER

IT IS SO ORDERED:

Good cause showing, Defendants may appear to the November 8, 2012 case management conference telephonically.

~~Defendants'' counsel is advised to call into the Court on the following telephone number at the following time.~~ Counsel shall contact Court Call at 888-882-6878 to make arrangements to appear by telephone.

~~Number:_____~~

~~Time:_____~~

Dated: November 6, 2012

GRANTED

_____
Hon. Jacqueline Scott Corley