# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENY DEL LA CRUZ,<br><br>        Plaintiff,<br><br>   v.<br><br>AVATAR GROUP, INC.,<br><br>        Defendant. | Case No. 12-03825 JSC<br><br>**ORDER REFERRING CASE TO THE COURT'S ADR PROGRAM FOR MEDIATION** |

This lawsuit is referred to the Court's ADR Program for a mediation to occur as soon as possible, but no later than February 15, 2012. All discovery is stayed pending the Court-sponsored mediation.

**IT IS SO ORDERED.**

Dated: November 19, 2012

                                                             _____
                                                             JACQUELINE SCOTT CORLEY
                                                             UNITED STATES MAGISTRATE JUDGE